585 A.2d 463

**Wendy GLENN, Appellant,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.**

Supreme Court of Pennsylvania.

Argued Jan. 15, 1991.

Decided Feb. 6, 1991.

Anthony Witlin, F. Barbara Danien, Philadelphia, for appellant.

Ronald A. White, Karen Spencer–Kelly, Philadelphia, for SEPTA.

Miriam B. Brenaman, Divisional Deputy–Appeals, Philadelphia, for amicus—City of Philadelphia.

Robert M. Brown, Scott D. Cessar, Pittsburgh, for amicus—Port Authority of Allegheny County.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.